pay ACP's invoices; by warning others that Amerol did not pay its bills, Atkins hoped to cause