UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AMEROL CORPORATION,

           Plaintiff,

   -against-

AMERICAN CHEMIE-PHARMA, INC.,
ATKINS, HARRIS & BROWN,

           Defendant.
----------------------------------------------------------------X

Index No.: CV-04-0940 (JO)

JUDGMENT

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y.:
★ JUN 19 2006 ★
P.M. _____
TIME A.M. _____

    A decision having been rendered in favor of Defendant American Chemie Pharma, Inc., on its claim for an account stated on its motion for summary judgment, it is

    ORDERED and ADJUDGED that American Chemie-Pharma, Inc., one of the defendants, does recover of Amerol Corporation the plaintiff, the sum of $145,575.00, plus interest at the legal rate in effect on the date of this judgment; and that the defendant has execution therefore.

Dated: Brooklyn, New York
       June 16, 2006

                                          By: /s/ James Orenstein
                                             JAMES ORENSTEIN
                                             U.S. Magistrate Judge

Robert C. Heinemann
Clerk of Court

by: Janet Hamilton
Deputy Clerk

Judgment Entered:
June 16, 2006

Page 1 of 1